E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-3500-GHK (JCGx) | Date | August 14, 2012 |
|---|---|---|---|
| Title | *Joshua Fjeld v. Penske Logistics, LLC* | | |

| Presiding: The Honorable | GEORGE H. KING, U. S. DISTRICT JUDGE |
|---|---|

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **(In Chambers) Order re:** Motion for Partial Judgment on the Pleadings; **[18]**

    This matter is before us on Defendant Penske Logistics, LLC's ("Defendant") Motion for Partial Judgment on the Pleadings ("Motion"). In the Motion, Defendant seeks to dismiss the First, Third, Fifth, and Seventh Claims of Plaintiff Joshua Fjeld's ("Plaintiff") First Amended Class Action Complaint ("FAC") in their entirety. Additionally, Defendant seeks to dismiss Plaintiff's Sixth Claim to the extent injunctive relief is sought and to strike Plaintiff's references to maintaining this action as a class action. Plaintiff failed to file any opposition to the Motion. We have considered the papers filed in support of this Motion and deem this matter appropriate for resolution without oral argument. L.R. 7-15.

    The deadline for Plaintiff to file a timely opposition to this Motion has passed, and Plaintiff has failed to file an opposition. *See* L.R. 7-9. Local Rule 7-12 provides:

> **Failure to File Required Papers**. The Court may decline to consider any memorandum or other paper not filed within the deadline set by order or local rule. The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion.

    Thus, Plaintiff's failure to file an opposition is deemed his non-opposition to Defendant's Motion and his consent to the granting of the relief sought. *See Ghazali v. Moran*, 46 F.3d 52, 53–54 (9th Cir. 1995). Accordingly, Defendant's Motion is **GRANTED**. The First, Third, Fifth, and Seventh Claims of the FAC are **hereby DISMISSED** in their entirety. The Sixth Claim of the FAC is **hereby DISMISSED** to the extent injunctive relief is sought. The FAC's class allegations are **hereby STRICKEN**. This action shall now proceed as an individual action on the remaining claims.

    **IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
|  | Initials of Deputy Clerk | | Bea |